# United States Court of Appeals for the Eleventh Circuit

CASE NO.: 24-11515

CHARLES BLACK, JR.,
Plaintiff/Appellant,

v.

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES AND ASHLEY REAGLE, individually,
Defendants/Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION
CASE NO.: 4:23-cv-00491-AW-MAF

APPELLANT'S MOTION FOR LEAVE TO FILE
TRANSCRIPT ORDER FORM OUT OF TIME

**JAMES V. COOK, ESQ.**
Florida Bar No. 0966843
**LAW OFFICE OF JAMES COOK**.
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; (850) 561-0836 fax
cookjv@gmail.com
For Appellant Charles Black, Jr.

# APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following Interested Persons pursuant to FRAP 26.1:

1. Black, Charles, Plaintiff/Appellant;

2. Cook, James V., Counsel for Plaintiff/Appellant;

3. Florida Department of Highway Safety and Motor Vehicles, Defendant/Appellee;

4. Law Offices of James Cook, Counsel for Plaintiff/Appellant;

5. Reagle, Ashley, Defendant/Appellee;

6. Thompson, Crawford, Brown and Smiley, P.A., Counsel for Appellee;

7. Thompson, Thomas, Esq., Counsel for Defendants, Florida Department of Highway Safety and Motor Vehicles and Ashley Reagle;

Respectfully Submitted,

*s/James V. Cook*
JAMES V. COOK, FBN 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
Attorney for Charles Black, Jr.

I CERTIFY the foregoing was filed electronically on 6/13/24, to counsel of record registered to be notified by the CM/ECF electronic mail system.

*s/James Cook*

# United States Court of Appeals
### for the
# Eleventh Circuit

---

**CHARLES BLACK, JR.,**
  *Plaintiff-Appellant,*

v.              No. 24-11515

**FLORIDA DEPT. OF HIGHWAY SAFETY
AND MOTOR VEHICLES, et al,**
  *Defendant-Appellees*

---

## APPELLANT CHARLES BLACK, JR.'S UNOPPOSED MOTION
## FOR LEAVE TO FILE TRANSCRIPT ORDER FORM OUT OF TIME

  Plaintiff/Appellant CHARLES BLACK, JR., respectfully requests leave to file his Transcript Order Form out of time. Plaintiff inadvertently mis-calendared his Transcript Order Form. Plaintiff now seeks to file the Transcript Order Form out of time. Defendant's Counsel does not oppose this Motion.

  WHEREFORE, Appellant CHARLES BLACK, JR., moves this Honorable Court for leave to file his Transcript Order Form out of time.

| | |
|---|---|
| Respectfully submitted, | <u>/s/James V. Cook</u><br>JAMES V. COOK, ESQ.<br>Florida Bar Number 0966843<br>Law Office of James Cook<br>314 West Jefferson Street<br>Tallahassee, FL 32301<br>(850) 222-8080; (850) 561-0836 fax<br>cookjv@gmail.com |

## Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 78 countable words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

*/s/ James V. Cook*
JAMES V. COOK, ESQ.
June 13, 2024

## Certificate of Service

I certify a copy of this motion and the notice of electronic filing was sent by CM/ECF on June 13, 2024, to counsel registered to receive service.

*/s/ James V. Cook*
JAMES V. COOK, ESQ.
June 13, 2024
